```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>PAUL NORMAN, and<br>TINA MARIE LEWIS,<br><br>　　　Debtors.　　　／ | CASE No. 09-11266<br><br>CHAPTER 11<br><br>APPLICATION TO EMPLOY ATTORNEY UNDER GENERAL RETAINER, AFFIDAVIT OF PROPOSED ATTORNEY TO BE EMPLOYED UNDER GENERAL RETAINER, and ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY UNDER GENERAL RETAINER |

　　TO: THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE:

　　The Application of Paul Norman and Tina Marie Lewis, Debtors herein, respectfully represents:

　　1.　Applicants are the Debtors in the above-captioned Chapter 11 proceeding.

　　2.　Applicants wish to retain DAVID N. CHANDLER, p.c., a professional corporation employing attorneys duly admitted to practice in this Court, to represent them as general counsel before this Court in the above-captioned case and provide them assistance relative to the related case.

　　3.　To the best of Applicants' knowledge, DAVID N. CHANDLER, p.c., does not have any connection with the Debtors, their creditors or any other party in interest, or their respective attorneys or accountants, the United States Trustee or any person employed in the

office of the United States Trustee, and represents no interest adverse to the estate in the matters upon which it is to be retained, except as may be stated in the Affidavit of David N. Chandler, filed herewith.

WHEREFORE, it is respectfully requested that the Debtors be authorized to employ DAVID N. CHANDLER, p.c. under a general retainer agreement, to represent Debtors in the above-captioned case before this Court, and that Debtors have such other and further relief as is just and proper.

Dated:   5/12/09          /s/ Paul Norman
                          PAUL NORMAN, Debtor


Dated:   5/11/09          /s/ Tina Marie Lewis
                          TINA MARIE LEWIS, Debtor

AFFIDAVIT OF PROPOSED ATTORNEY TO
BE EMPLOYED UNDER GENERAL RETAINER

DAVID N. CHANDLER, being duly sworn, deposes and says:

1.  I am an attorney at law, admitted to practice before all courts of the State of California, as well as this Court.  I maintain an office at 1747 Fourth Street, Santa Rosa, California.

2.  Insofar as I have been able to ascertain, I do not, nor does any member/employee of my firm, David N. Chandler, p.c., have any connection with the Debtors herein, their creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee except as stated herein.

3.  Insofar as I have been able to ascertain, I do not represent any interest adverse to that of the estate of the debtors

1 | in the matters upon which I am to be engaged. I have never
2 | represented and have no prior contacts with the Debtors herein. I
3 | have no connections with any creditors insofar as known and
4 | represent no interests and have no interests except as stated
5 | herein.

6. 4. The connections set forth herein are intended to comply with the disclosure requirements of Section 327 as set forth in <u>In re Park Helena Corp.</u>, 63 F.3d 877, 882 (9th Cir. 1995).

5. The following connections exist between the Declarant and the Debtors herein:

    a. The declarant and the Debtor had an attorney client relationship prior to the within Application upon consultation;

    b. Declarant and Debtor have electronic connections through internet service providers and telephone systems.

6. The forgoing connections set forth in paragraph 5 hereof are the only connections known to the Declarant which Declarant has with the Debtors.

7. The following connections exist between the Declarant and creditors of the Debtor herein:

    a. Declarant currently, and has in the past, represent[ed] debtors in unrelated matters who [which] have creditors in common with the Debtors herein and have discharged all or a portion of the claims of such creditors; and

    b. Declarant has creditors in common with the Debtors, i.e., Pacific Gas and Electric Company, and IRS.

8. Declarant has no known connections with any creditor in the case their attorneys or accountants, except as set forth in paragraph 7 hereof.

1   9.   Based on the foregoing, I am a disinterested person within the meaning of Section 101(13) and 327 of the Bankruptcy Code. David N. Chandler, p.c. is disinterested.

10.  I am well qualified to represent the Debtors generally herein, and am willing to accept employment on the basis set forth in the annexed application.

11.  My hourly rate is $385.00 per hour for my time, $265.00 per hour for associate attorney time and $110.00 per hour for paralegal time.

12.  Affiant has advised the Debtors of my willingness to serve as their counsel under a general retainer based on time and standard billable charges.

Dated:   5/14/09                    /s/ David N. Chandler
                                    DAVID N. CHANDLER
                                    Attorney for Debtors

ORDER AUTHORIZING EMPLOYMENT OF
ATTORNEY UNDER GENERAL RETAINER

Upon the application of Paul Norman and Tina Marie Lewis, the Debtors herein, dated May 12, 2009, for an order authorizing them to employ and retain DAVID N. CHANDLER, p.c. as their attorney under a general retainer, and upon the annexed affidavit of David N. Chandler, sworn to on May 14, 2009, and it appearing that DAVID N. CHANDLER is duly admitted to practice before this court, and the court being satisfied that said attorney, along with his firm, David N. Chandler, p.c., represents no interest adverse to the estate with respect to matters upon which he is to be engaged, that he is a disinterested person under Section 101(13) and 327 of Title 11,

United States Code, that his employment is necessary and would be in the best interest of the estate, and sufficient cause appearing therefore:

IT IS SO ORDERED that Paul Norman and Tina Marie Lewis be and are hereby authorized to employ and retain DAVID N. CHANDLER, p.c. as their attorney under a general retainer to perform all of the services set forth in the annexed application, with such compensation as is approved by the court.

Dated: May 14, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge