```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 09-11266 |
| | Chapter 11 |
| PAUL NORMAN and TINA MARIE LEWIS, | EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE |
| _____DEBTORS._____/ | APPLICATION FOR COMPENSATION AND ORDER THEREON |

TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:

David N. Chandler, attorney for Paul Norman and Tina Marie Lewis, Debtors herein, hereby makes application for an Order extending time to file Application For Compensation and represents:

1. Applicant is the Qualified Counsel for the Debtor in the above captioned Chapter 11 case.

2. Applications for Compensation of Professionals are due February 19, 2010.

3. Applicant has been unable to prepare his Application for compensation due to the shortened week, an out of town Trial, and a attendance at an MCLE seminar in Sacramento.

4. Applicant believes that his Application for Compensation will be completed within an additional 10 days.

WHEREFORE, Applicant prays for an Order of this Court extending

the time to file Applications For Compensation to and including March 1, 2010.

Dated: 2/18/10          DAVID N. CHANDLER, p.c.

By: */s/ David N. Chandler*
DAVID N. CHANDLER
Attorney for Debtor

ORDER

Good cause appearing,

IT IS HEREBY ORDERED that time for filing Applications For Compensation is extended to and including March 1, 2010.

Dated: February 19, 2010

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

2